13056. CONSOLIDATED GROCERY CO. *v.* BUGG, receiver.

STEPHENS, J. This court having, in a judgment rendered in this case (28 *Ga. App.* 809), reversed the judgment of the superior court of Ben Hill county, and the Supreme Court, on certiorari, having reversed the judgment of this court (155 *Ga.* 550, 118 S. E. 56), the judgment of reversal originally rendered by this court must be vacated, and the judgment of the trial court affirmed.

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED JULY 16, 1923.

Certiorari; from Ben Hill superior court — Judge Gower. October 19, 1921.

*A. J. & J. C. McDonald,* for plaintiff.

*Brandon & Hynds, Crum & Jones, Wall, Grantham & Kassewitz,* for defendant.